# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| LINDA LEE SELPH, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) No. 2:15-cv-2418-SHL-tmp <br> ) |
| ST. FRANCIS HOSPITAL MEMPHIS, | ) <br> ) |
| Defendant. | ) <br> ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation ("Report"), filed August 19, 2015. (ECF No. 13.) In the Report, the Magistrate Judge recommended that the *pro se* Plaintiff's motion for default judgment (ECF No. 11) be denied.

Pursuant to the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). No objections to the Report have been filed, and the time for filing objections has expired. See Fed. R. Civ. P. 5(b)(2), 6(d), 72(b)(2).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the Magistrate Judge's Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation (ECF No. 13) in its entirety.

Accordingly, Plaintiff's motion for default judgment is hereby **DENIED**.

**IT IS SO ORDERED,** this 2nd day of October, 2015.

                                          /s/ Sheryl H. Lipman
                                          SHERYL H. LIPMAN
                                          UNITED STATES DISTRICT JUDGE